47 P.3d 745

# SUPREME COURT OF HAWAI'I

**May 3, 2002**

| 24431 | State v. Silk | Affirmed |

**May 6, 2002**

| 23175 | Flynn v. Exceptional Inc. | Affirmed |
| 22964 | Javier v. State | Affirmed |

**May 7, 2002**

| 24014 | Cedillos v. Balloon Man | Affirmed |

**May 10, 2002**

| 22952 | Holborn v. Hogue | Affirmed |
| 23711 | State v. Street | Vacated and Remanded |

**May 17, 2002**

| 22729 | Arenas v. State | Affirmed |
| 23533 | Jones v. State | Affirmed |

**May 21, 2002**

| 24189 | State v. Hernandez | Affirmed |

**May 24, 2002**

| 23123 | Vallejo v. Ibarra | Affirmed |

**May 28, 2002**

| 24267 | Ng v. Miki | Affirmed in part, Vacated and Remanded |

**May 30, 2002**

| 24354 | State v. Agbilay | Affirmed |
| 24274 | State v. Klein | Affirmed |
| 24223 | State v. Regnier | Vacated and Remanded |